UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALAN FLONNES,

    Plaintiff,

v.

MICHELE LOWE, *et al*.,

    Defendants.

Case No. 2:11-cv-00843-LDG (CWH)

**ORDER**

    Hartford Accident & Indemnity Company (the only defendant actually named in the governing amended complaint) moves to dismiss (#4) the claims alleged against it by plaintiff Alan Flonnes on numerous grounds, including that it is not Flonnes' insurer. Flonnes concedes, in opposition, that he has named the wrong party and moves for leave to file a second amended complaint (#9) to correct the mistake of naming the wrong party.

    In light of Flonnes' concession that he has named the wrong party, the Court will dismiss his claims against Hartford Accident & Indemnity Company with prejudice. Further, the Court will deny Flonnes' leave to further amend his complaint.

    THE COURT **ORDERS** that Hartford Accident & Indemnity Company's Motion to Dismiss (#4) is GRANTED; Plaintiff Alan Flonnes' claims against Hartford Accident & Indemnity Company are DISMISSED with prejudice;

THE COURT FURTHER **ORDERS** that plaintiff Alan Flonnes' Motion for Leave to file a Second Amended Complaint (#9) is DENIED.

THE COURT FURTHER **ORDERS** that the Clerk of the Court shall strike the spurious Docket Entry #8, reflecting a non-existent Motion to Dismiss Extra-Contractual Claims filed by Plaintiff.

DATED this 29 day of March, 2012.

_____
Lloyd D. George
United States District Judge